41 So.2d 920

**Lamar KINDRED v. STATE.**

6 Div. 808.

Court of Appeals of Alabama.
May 3, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

41 So.2d 920

**Thomas A. KING v. STATE.**

6 Div. 724.

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichaël, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

42 So.2d 847

**C. L. KIRKPATRICK v. STATE.**

4 Div. 122.

Court of Appeals of Alabama.
Nov. 15, 1949.

E. O. Baldwin and Jas. M. Prestwood, of Andalusia, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

38 So.2d 202

**Ray (alias Roy) KNUCKLES v. STATE.**

6 Div. 630.

Court of Appeals of Alabama.
Dec. 14, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

39 So.2d 58

**Jimmie LEE v. STATE.**

3 Div. 896.

Court of Appeals of Alabama.
Jan. 11, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

41 So.2d 920

**Robert Allen LEWIS v. STATE.**

6 Div. 747.

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.